IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD FRANKLIN BAGGETT, #167418, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:22-CV-436-RAH-CSC ) |
| COI CARROLL and SGT. MILLS, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on September 27, 2023. (Doc. 19.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 18th day of October 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE